# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUGO CANDIDO BOLANOS and MEYLING DEL CARMEN TINOCO RAMIREZ,<br><br>    Plaintiffs<br><br>v.<br><br>BISH EXPRESS, INC. and OLUFEMI OLIMOLE,<br><br>    Defendants | Case No.: 2:24-cv-01583-APG-MDC<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that the plaintiffs' certificate of interested parties (ECF No. 3) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each plaintiff as required by the amendment to that rule.

I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by September 12, 2024.

DATED this 29th day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE