Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
JackBurden@backuslaw.com
JacquelynFranco@backuslaw.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HUGO CANDIDO BOLANOS, an individual; MEYLING DEL CARMEN TINOCO RAMIREZ, an individual, <br><br> Plaintiffs <br><br> vs. <br><br> BISH EXPRESS INC., an Illinois Domestic BCA; OLUFEMI OLIMOLE, Individually; DOES I through X, ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | 2:24-cv-01583-APG-MDC <br><br> **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

Plaintiffs HUGO CANDIDO BOLANOS and MEYLING DEL CARMEN TINOCO RAMIREZ by and through their counsel of record Marcus A. Berg, Esq. and John C. Funk, Esq. of MOSS BERG INJURY LAWYERS, and Defendants BISH EXPRESS INC. an Illinois Domestic BCA and OLUFEMI OLIMOLE by and through their counsel of record Jack P. Burden, Esq., and Jacquelyn Franco, Esq., of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above entitled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter. Plaintiffs and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

1

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

Dated: Oct 4, 2024

**MOSS BERG INJURY LAWYERS**

/s/
Marcus A. Berg, Esq.
John C. Funk, Esq.
5420 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Tel: (702) 222-4555 - Fax: (702) 222-4556
*Attorneys for Plaintiffs*
*HUGO CANDIDO BOLANOS and MEYLING DEL CARMEN TINOCO RAMIREZ*

Dated: October 4, 2024

**BACKUS | BURDEN**

/s/ Jack P. Burden
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555 - (702) 872-5545
*Attorneys for Defendants*
*BISH EXPRESS INC., an Illinois Domestic BCA and OLUFEMI OLIMOLE*

### ORDER - 2:24−cv−01583−APG−MDC

IT IS HEREBY ORDERED that all claims that have been brought and/or could have been brought by Plaintiffs against Defendants in the above-titled litigation are DISMISSED *WITH PREJUDICE*. This stipulated dismissal **_DOES_** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein.

**IT IS SO ORDERED.**

_____
United States District Court Judge.
DATED: October 8, 2024

Respectfully Submitted,
**BACKUS | BURDE**

By: /s/ Jack P. Burden
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendants*

2